UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Daniel and Marysol Villalvazo,<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: 26-01272<br><br>Chapter: 13<br>Honorable Deborah L. Thorne<br>Joliet |

**ORDER GRANTING MOTION TO OBTAIN CREDIT/INCUR DEBT**

This case coming before the Court on the Debtors' Motion to Obtain Credit/Incur Debt, IT IS HEREBY ORDERED that the Motion to Obtain Credit/Incur Debt is granted. The Debtors are permitted to purchase a 2024 Chrysler Pacifica or similar vehicle with monthly payments not to exceed $586 per month at an interest rate not to exceed 20.99% for 60 months.

Enter: 

Dated: 10/21/2026

United States Bankruptcy Judge

**Prepared by:**

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600
lincoln@cutlerltd.com